Filed 8/21/20  P. v. Teague CA2/1

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION ONE

| | |
|---|---|
| THE PEOPLE, | B303076 |
| Plaintiff and Respondent, | (Los Angeles County Super. Ct. No. TA024803) |
| v. | |
| GINGIE MIIUAAN TEAGUE, | |
| Defendant and Appellant. | |

APPEAL from an order of the Superior Court of Los Angeles County, Laura R. Walton, Judge.  Dismissed.

Diane E. Berley, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

————————————————

Defendant Gingie Miiuaan Teague stabbed her 82-year-old neighbor to death and took his radio. The trial court, sitting without a jury, convicted her of second degree murder and sentenced her to prison for 16 years to life. In 1995, this court affirmed the judgment of conviction.

In May 2019, Teague filed a petition for resentencing pursuant to Penal Code section 1170.95. The trial court denied the petition, and Teague appealed from the order denying her petition.

Appellate counsel filed a brief identifying no issue and invited this court to independently review the entire record for arguable issues. This court notified Teague that she had 30 days to file a supplemental brief. Teague did not file a supplemental brief. This court has no independent duty to review the record for reasonably arguable issues. (*People v. Cole* (Aug. 3, 2020, No. B304329) __ Cal.App. 5th ___ [2020 Cal.App.Lexis 717 at pp. 22–23].) The appeal must therefore be dismissed as abandoned. (*Id.* at pp. 23–24.)

## DISPOSITION

The appeal is dismissed.
NOT TO BE PUBLISHED.

                                    BENDIX, J.
We concur:


    ROTHSCHILD, P. J.          SINANIAN, J.*

---

    *  Judge of the Los Angeles Superior Court, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.